UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | | |
|---|---|---|---|
| **OPERATING ENGINEERS,** | ) | | |
| | ) | | |
| Plaintiff(s), | ) | | |
| | ) | | |
| vs. | ) | No. | 03-1271 |
| | ) | | |
| **ELI ENFIRONMENTAL,** | ) | | |
| | ) | | |
| Defendant(s). | ) | | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This  20th  day of  September , 2005

                                          /s/                    David RHerndon

                                          **UNITED STATES DISTRICT JUDGE**